UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY CORRADINO,

    Plaintiff,

-against-

LIQUIDNET HOLDINGS INC., AND SETH MERRIN,

    Defendants.

No. 1:19-cv-10434-LGS

**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Oral Argument Requested

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants Motion to Dismiss the Amended Complaint, dated December 27, 2019, Defendants Liquidnet Holdings, Inc., and Seth Merrin (collectively "Defendants") will move this Court, before the Honorable Lorna G. Schofield, United States District Judge, Southern District of New York, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order and judgment, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting Defendants' motion to dismiss, dismissing all causes of action in Plaintiff's Complaint against one or more of the Defendants, entering judgment for Defendants, and granting Defendants costs, fees, and disbursements together with such other and further relief as the Court deems just, proper, and equitable.

Motion DENIED without prejudice to renew following the parties' compliance with the procedures outlined in this Court's Individual Rule III.C.2.

The Clerk of Court is respectfully requested to close the motion at Dkt. No. 14.

Dated: December 30, 2019
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
December 27, 2019

/s/ A. Michael Weber
A. Michael Weber
Emma J. Diamond
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY  10022.3298
212.583.9600

*Attorneys for Defendants*
*Liquidnet Holdings, Inc., and Seth Merrin*