

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/08/2020

January 7, 2020

Application GRANTED. The initial pretrial conference, scheduled for January 16, 2020, is adjourned to January 23, 2020, at 10:40 a.m.

Dated: January 8, 2020
New York, New York

**VIA ECF**
**(As a Letter Motion)**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

Re: *Corradino v. Liquidnet Holdings Inc., and Seth Merrin*

Dear Judge Schofield:

We represent Defendants Liquidnet Holdings Inc. ("Liquidnet") and Seth Merrin ("Merrin") (collectively, the "Defendants") in the above-referenced matter. We write pursuant to Rule I(B)(2) of Your Honor's Individual Rules and Procedures for Civil Cases to respectfully request an adjournment of the initial conference, currently scheduled for **January 16, 2020 at 10:40 a.m.**

Defendants request this adjournment because I will be out of the office traveling for work on a previously scheduled matter on the original conference date. This is Defendants' first request for an adjournment. Plaintiff consents to this request. This request for an adjournment affects other dates only to the extent that the joint letter and case management plan would be due one week before the newly scheduled conference date.

We thank the Court for its time and consideration.

Respectfully submitted,

A. Michael Weber

cc: Counsel of Record (via ECF)