UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
MARY CORRADINO,
                                    Plaintiff,

-against-

LIQUIDNET HOLDINGS, INC., et al.,
                                   Defendants.
------------------------------------------------------------- X

19 Civ. 10434 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for January 23, 2020;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the January 23, 2020, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED**, regarding settlement discussions, if the parties seek a settlement conference with the assigned Magistrate Judge, they shall file a <u>joint</u> letter on ECF requesting a referral. The mediation referral will issue now and follow in a separate Order.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: January 22, 2020
       New York, New York

                                                                   LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE