UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARY CORRADINO,
                          Plaintiff,

                          19 Civ. 10434 (LGS)

-against-

                          ORDER

LIQUIDNET HOLDINGS, INC., et al.,
                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pursuant to the Second Amended Civil Case Management Plan and Scheduling Order at Dkt. No. 33, the parties were directed to file a letter by June 15, 2020 if the parties determined expert discovery was necessary;

    WHEREAS, no such letter was filed.  It is hereby

    ORDERED that, by **June 19, 2020**, the parties shall file a letter on ECF either (1) confirming that they do not intend to engage in expert discovery; or (2) informing the court that they intend to engage in expert discovery, and identifying the anticipated types of experts.

Dated: June 16, 2020
       New York, New York

                                                                                   **LORNA G. SCHOFIELD**
                                                               **UNITED STATES DISTRICT JUDGE**