```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARY CORRADINO,                                             :
                                        Plaintiff,          :
                                                            :       19 Civ. 10434 (LGS)
                -against-                                   :
                                                            :       ORDER
LIQUIDNET HOLDINGS, INC., et al.,                           :
                                        Defendants.         :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephone conference is scheduled for July 16, 2020, at 10:40 a.m. (Dkt. No. 51)  It is hereby

**ORDERED** that, by **July 13, 2020**, the parties shall file a joint letter providing the court with one telephone call-in number for a conference line, and if necessary a passcode.  The parties shall ensure they are all dialed into the conference line by the appointed conference time.  If the parties are not able to arrange a conference line, they shall contact the Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than July 13, 2020, at noon, to make other arrangements.

Dated: July 10, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**