UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARY CORRADINO,
                      Plaintiff,

              -against-

LIQUIDNET HOLDINGS, INC., et al.,
                      Defendants.
------------------------------------------------------------X

19 Civ. 10434 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to this Court's Order at Dkt. No. 50, the parties were directed to file a joint status letter on July 30, 2020;

WHEREAS, pursuant to this Court's Order at Dkt. No. 58, the parties were directed to file a status letter within one week of the parties' settlement conference before Judge Freeman;

WHEREAS, the settlement conference before Judge Freeman was held on July 24, 2020;

WHEREAS, no such letters were filed.  It is hereby

**ORDERED** that, by **August 6, 2020**, the parties shall file a joint status letter pursuant to this Court's Orders at Dkt. Nos. 50 and 58.

Dated: August 3, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**