UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARY CORRADINO,                                             :
                                                            :
                            Plaintiff,                      :
                                                            :    19 Civ. 10434 (LGS)
              -against-                                     :
                                                            :    ORDER
LIQUIDNET HOLDINGS, INC., et al.,                           :
                            Defendants.                     :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Fourth Amended Civil Case Management Plan and Scheduling Order (the "Case Management Plan"), at Dkt. No. 74, the parties were directed to file a joint status letter, pursuant to Individual Rule IV.A.2, on August 28, 2020;

WHEREAS, no such letter was filed.  It is hereby

**ORDERED** that, by **September 4, 2020**, the parties shall file a joint status letter pursuant to the Case Management Plan at Dkt. No. 74.  The parties are reminded that pursuant to the Case Management Plan, in addition to this joint status letter, a party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter at least two weeks before the conference and in the form provided in the Court's Individual Rule III.A.1.  Any party wishing to oppose shall file a responsive letter as provided in the same Individual Rule.

Dated: September 1, 2020
       New York, New York

                                                      _____
                                                      **LORNA G. SCHOFIELD**
                                                      **UNITED STATES DISTRICT JUDGE**