UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
MARY CORRADINO,                                               :
                                   Plaintiff,                 :
                                                              :     19 Civ. 10434 (LGS)
                    -against-                                 :
                                                              :     ORDER
LIQUIDNET HOLDINGS, INC., et al.,                             :
                                   Defendants.                :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 17, 2020, Plaintiff filed a pre-motion letter in anticipation of a motion to compel, outlining four issues for the Court's consideration (Dkt. No. 80);

WHEREAS, on September 23, 2020, Defendants filed a responsive letter to Plaintiff's September 17, 2020, pre-motion letter at Docket No. 80 (Dkt. No. 82);

WHEREAS, the Court ordered the parties to meet and confer and scheduled a pre-motion conference for September 24, 2020, to discuss any outstanding disputes (Dkt. No. 81);

WHEREAS, pursuant to the Court's Order at Docket No. 81, the parties met and conferred and resolved all but one of the four issues outlined in Plaintiff's September 17, 2020, pre-motion letter at Docket No. 81;

WHEREAS, the only remaining issue was Plaintiff's request that the Court compel Defendants to produce information concerning the compensation of Plaintiff's supervisor, Jerilyn Medrea;

WHEREAS, on September 24, 2020, the Court held the pre-motion conference; it is hereby

**ORDERED** that, the Court construes Plaintiff's request as a motion to compel. It is further

**ORDERED** that, for substantially the reasons provided in Defendants' September 23, 2020, responsive letter (Dkt. No. 82), Plaintiff's motion to compel is DENIED. Defendants have identified for Plaintiffs the portions of the transcript of the deposition of Jerilyn Medrea relating to Ms. Medrea's recent salary and bonus payout (Dkt. 82 at 2-3). It is further

**ORDERED** that, for substantially the reasons discussed at the conference, the parties' deadline to complete all fact discovery is extended to **October 23, 2020**.  It is further

**ORDERED** that, the Case Management Conference ("CMC") scheduled for October 15, 2020, is **ADJOURNED** to **October 29, 2020**.  The CMC will be telephonic and will occur on the following conference line:  888-363-4749, access code: 5583333.  The time of the CMC is approximate, but the parties shall be ready to proceed by that time.  Discussion of any proposed dispositive motions, including Defendants' proposed renewed motion to dismiss, will occur at the CMC.  A revised Civil Case Management Plan and Scheduling Order will issue separately.

The Clerk of Court is respectfully requested to close the motion at Docket No. 80.

Dated:  September 24, 2020
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**