UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARY CORRADINO,
                                Plaintiff,           19 Civ. 10434 (LGS)

             -against-                      ORDER

LIQUIDNET HOLDINGS, INC., et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a Case Management Conference is scheduled for October 29, 2020, at 10:40 a.m.; it is hereby

      **ORDERED** that the Case Management Conference is ADJOURNED to **October 29, 2020, at 11:15 a.m.**  The conference will be telephonic and will occur on the following conference line:  888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: October 28, 2020
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**