UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARY CORRADINO,
                              Plaintiff,          19 Civ. 10434 (LGS)

            -against-                      ORDER

LIQUIDNET HOLDINGS, INC., et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a case management conference was held on October 29, 2020, to discuss any dispositive motions, including Defendants' proposed renewed motion to dismiss (*see* Dkt. Nos. 70, 72 and 73).

      WHEREAS, during the case management conference, Defendants mentioned a discovery dispute regarding Defendants' request to claw back certain documents (the "Discovery Dispute"). For the reasons stated at the conference, it is hereby

      **ORDERED** that, the parties shall schedule a settlement conference with Judge Freeman. It is further

      **ORDERED** that, **no later than seven days after the settlement conference**, the parties shall file a joint letter apprising the Court of the status of settlement discussions. It is further

      **ORDERED** that, by **November 4, 2020**, the parties shall meet and confer to attempt to resolve the Discovery Dispute. To the extent there are any outstanding issues, Defendants shall file a pre-motion letter pursuant to the Court's Individual Rules, by **November 9, 2020**, and Plaintiff shall file a responsive letter by **November 12, 2020**.

Dated: October 29, 2020
       New York, New York

                                                   LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE